**Order entered June 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00393-CV

### IN THE INTEREST OF H. G. P. C. AND Z.A.C., CHILDREN,

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## ORDER
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

On the Court's own motion we **WITHDRAW** our opinion rendered June 2, 2015 and **VACATE** the judgment dismissing this appeal for want of jurisdiction. We **REINSTATE** the case on the Court's active docket.

In her motion to reinstate the appeal, appellant Sylvia Alvarez states, "there is an appealable order which is dated February 27, 2015." The clerk's record in this case does not include such an order. We **ORDER** appellant to obtain a supplemental clerk's record including any appealable order within ten (10) days of the date of this order. *We caution appellant that failure to comply with the Court's instructions may result in the dismissal of the appeal without further notice.*

/s/      ELIZABETH LANG-MIERS
         JUSTICE